```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       1400 United States Courthouse
         312 North Spring Street
 8       Los Angeles, California 90012
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail:    frank.kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | SA CV 07-1281 AG (ANx) |
| Plaintiff, | ) ) | [PROPOSED] |
| v. | ) ) | **CONSENT JUDGMENT AS TO THE FOLLOWING DEFENDANT ASSETS** |
| ONE 2005 FORD F650, VIN 3FRWW65X05V116298, | ) ) ) | **ONLY: ONE 2005 FORD F650, VIN3FRWW65X05V116298** |
| Defendants. | ) ) | [This Proposed Consent Judgment Is Not Dispositive Of This |
| JUDIE K. COLLINS AND GOLD DUST HOLDINGS, LLC, | ) ) ) | Entire Action] |
| Claimants. | ) ) ) | |

A.  On or about November 11, 2007, plaintiff United States of America ("the government" or "the United States of America") filed a Complaint for Forfeiture alleging that the defendant ("defendant vehicle"), one 2005 Ford F650 VIN 3FRWW65X05V116298

is subject to forfeiture pursuant to 21 U.S.C. §§ 881(a)(4), (a)(6); 18 U.S.C. §§ 981(a)(1)(A) and (C).  On or about November 30, 2007, claimant Judie K. Collins filed a claim to One 2005 Ford F650, VIN 3FRWW65X05x05V116298. On or about December 21, 2007, claimant Judie K. Collins filed an answer.

B.   On or about November 30, 2007, claimant Gold Dust Holdings, LLC filed a claim to One 2005 Ford F650, VIN3FRWW65X05x05V116298. On or about December 21, 2007, claimant Gold Dust Holdings, LLC filed an answer.

C.   The government and claimants Judie K. Collins and Gold Dust Holdings, LLC, have now agreed to settle this matter as to defendant described in paragraphs A-B and to avoid further litigation between them by entering into this Consent Judgment.

D.   The Court having been duly advised of and having considered the matter, and based upon the mutual consent of the parties hereto,

　　　IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

　　　1.   This Court has jurisdiction over the subject matter of this action and over the parties to this Consent Judgment of Forfeiture.

　　　2.   As between plaintiff United States of America and claimants Judie K. Collins and Gold Dust Holdings, LLC, Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. §§ 881(a)(4),(a)(6) and 18 U.S.C. §§ 981(a)(1)(A) and (C).

　　　3.   Notice of this action has been given as required by law.  No appearances have been made in this case by any person with respect to the defendant described in Paragraphs A-B other than claimants Judie K. Collins and Gold Dust Holdings, LLC.  The

Court deems that all other potential claimants admit the allegations of the Complaint for Forfeiture to be true as to the defendant described in Paragraphs A-B.

  4. The United States of America shall return One 2005 Ford F650, VIN 3FRWW65X05V116298 to claimants in exchange for a waiver of attorney fees.

  5. Claimants Judie K. Collins and Gold Dust Holdings, LLC, hereby release the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Department of Homeland Security, U.S. Customs and Border Protections, and its respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimants Judie K. Collins and Gold Dust Holdings, LLC, whether pursuant to 28 U.S.C. § 2465 or otherwise.

  6. The Court finds that there was reasonable cause for the seizure of the defendant described in Paragraphs A-B and institution of these proceedings against the said defendant. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465 as to the said defendant.

  7. The Court further finds that claimants Judie K. Collins and Gold Dust Holdings, LLC, did not substantially prevail in

```
 1  this action, and each of the parties hereto shall bear its own
 2  attorney fees and costs.
 3
 4
 5  DATED:_January 12, 2009
 6
 7                                  _____
                                    THE HONORABLE ANDREW J. GUILFORD
 8                                  UNITED STATES DISTRICT JUDGE
 9
10                                  CONSENT
11      The parties hereto consent to the above judgment and waive
12  any right to appeal this judgment.
13
    DATED: January 7, 2009          THOMAS P. O'BRIEN
14                                  United States Attorney
                                    CHRISTINE C. EWELL
15                                  Assistant United States Attorney
                                    Chief, Criminal Division
16                                  STEVEN R. WELK
                                    Assistant United States Attorney
17                                  Chief, Asset Forfeiture Section
18                                           /s/
                                    _____
19                                  FRANK D. KORTUM
                                    Assistant United States Attorney
20
                                    Attorneys for Plaintiff
21                                  UNITED STATES OF AMERICA
22
    DATED: January 7, 2009
23                                           /s/
24                                  _____
                                    SHAWN R. PEREZ
25
                                    Attorney for Claimants
26                                  Judie K. Collins and Gold Dust
                                    Holdings, LLC.
27
28
                                      4
```